The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JO-HANNA READ as Guardian ad Litem for KOBE KEMP, a minor, and MARCELUS KEMP, individually,<br><br>Plaintiffs,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC. and its parent company, NEWELL BRANDS INC., MERCEDES-BENZ USA, LLC, and its parent company, DAIMLER AG, and LINDSAY MILLEA, jointly and individually,<br><br>Defendants. | No. 2:20-cv-00901-MJP<br><br>DEFENDANTS' MOTION TO REMAND REMOVED ACTION AND PROPOSED ORDER<br><br>(King County Superior Court Case Number 20-2-08713-1 KNT) |

**MOTION**

GRACO CHILDREN'S PRODUCTS, INC. ("Graco"), NEWELL BRANDS INC. ("Newell"), and MERCEDES-BENZ USA, LLC ("MBUSA") (together "Removing Defendants") move for remand of this case to the King County Superior Court because diversity of citizenship no longer exists.[1]

//

//

---

[1] It is Removing Defendants understanding that Plaintiffs do not oppose remand of this case. To the extent Plaintiffs do intend to oppose remand, we will notice this motion for consideration.

DEFENDANTS' MOTION TO REMAND REMOVED ACTION - 1

1    On or about May 11, 2020, Plaintiffs filed *Read, et al. v. Graco Children's Products, et al.*, Case No. 20-2-08713-1 KNT, in the Superior Court of Washington, in and for King County. Plaintiffs served MBUSA with the Complaint on May 12, 2020.

MBUSA wishes to advise this Court that plaintiffs' counsel has refused to communicate with MBUSA's counsel about this case, including specific inquires made about service on the non-diverse defendant prior to MBUSA's last day to remove this case on diversity grounds.

On May 12, 2020, MBUSA's national counsel telephoned plaintiffs' counsel to discuss the case generally. Plaintiffs' counsel never returned the call – and national counsel provided his personal cell number. Then, on May 15, 2020, national counsel for MBUSA emailed plaintiffs' counsel in another attempt to discuss the case. (Ex. A hereto.) Plaintiffs' counsel did not respond.

With a removal deadline of June 11, 2020, on June 8, 2020, MBUSA's retained counsel emailed a letter to plaintiffs' counsel specifically asking whether defendant Lindsay Millea, an alleged Washington resident, had been served. (Ex. B hereto.) Plaintiffs' counsel did not respond any time prior to June 11, 2020 suggesting that Ms. Millea had been served. Indeed, on June 9, 2020, plaintiffs' counsel sent a letter to counsel for MBUSA, Graco and Newell only, which further suggested Ms. Millea had not been served. (Ex. C hereto.)

Counsel for MBUSA emailed plaintiffs' counsel again on June 10, 2020, and placed a telephone call to them that same day, in a final attempt to determine whether plaintiffs had served Ms. Millea. Plaintiffs' counsel did not reply to the email or return the call. As a result, Removing Defendants removed the case to this Court on diversity grounds on June 11, 2020, and served plaintiffs' counsel with the removal papers. Following service of the Notice of Removal, plaintiffs' counsel for the first time on June 14, 2020 asserted that Ms. Millea had been served on June 3, 2020, and provided a purported proof of service to that effect.

Notwithstanding the refusal of plaintiffs' counsel to respond to MBUSA's specific inquiry about the status of any service on Ms. Millea before the removal deadline, Removing

DEFENDANTS' MOTION TO REMAND REMOVED ACTION - 2

1  Defendants now agree that diversity of citizenship no longer exists. Plaintiffs' counsel has been
2  unwilling to agree to an appropriate stipulation for remand, so Removing Defendants submit this
3  motion to accomplish that and avoid wasting federal judicial resources. Accordingly, this case
4  should be remanded to the King County Superior Court.

5  Dated: June 22, 2020                                  Dated: June 22, 2020

6  STOEL RIVES LLP                                       CORR CRONIN LLP

8  /s/ Maren R. Norton                                   /s/ Blake Marks-Dias
   Maren R. Norton, WSBA No. 35435                       Blake Marks-Dias, WSBA No. 28169
9  600 University Street, Suite 3600                     John T. Bender, WSBA No. 49658
   Seattle, WA 98101                                     1001 Fourth Avenue, Suite 3900
10 Telephone: 206.624.0900                               Seattle, WA 98154
   Facsimile: 206.386.7500                               Telephone: 206.625.8600
11 maren.norton@stoel.com                                Facsimile: 206.625.0900
                                                         bmarksdias@corrcronin.com
12 *Attorneys for Defendant Mercedes-Benz USA,*          jbender@corrcronin.com
   *LLC*
13                                                       Dated: June 22, 2020

14                                                       SCHIFF HARDIN LLP

16                                                       /s/ Stephen M. Copenhaver
                                                         Stephen M. Copenhaver, WSBA No. 47631
17                                                       233 South Wacker Drive, Suite 7100
                                                         Chicago, IL 60606
18                                                       Telephone: 312.258.5648
                                                         Facsimile: 312.258.5600
                                                         scopenhaver@schiffhardin.com

                                                         *Attorneys for Defendants Graco Children's*
20                                                       *Products Inc. and Newell Brands Inc.*

DEFENDANTS' MOTION TO REMAND REMOVED ACTION - 3

**ORDER**

Pursuant to the motion set forth above, the Court having reviewed that motion and good cause appearing, orders as follows:

1. Western District of Washington case number 2:20-cv-00901-MJP styled READ ET AL. v. GRACO CHILDREN'S PRODUCTS, INC., ET AL., is hereby remanded to the King County Superior Court;

2. Each party shall bear her/his/its own costs and attorneys' fees with respect to the removal and subsequent remand.

IT IS SO ORDERED.

Dated: July 22, 2020

_____
UNITED STATES DISTRICT JUDGE

DEFENDANTS' MOTION TO REMAND REMOVED ACTION - 4